UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHACEY GROUP, LP | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No: 4:16-cv-514 |
| | § | |
| THE CINCINNATI INSURANCE COMPANY, | § | |
| and JOEL SHANE HUDSON | § | |
| *Defendants* | § | |

## FINAL JUDGMENT

Consistent with the Agreed Motion to Dismiss with Prejudice filed by Plaintiff, Shacey Group LP and by Defendants, The Cincinnati Insurance Company and Joel Shane Hudson, the Court grants the Motion.  Therefore,

The Court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned suit by Plaintiff against Defendants, be, and are hereby, dismissed with prejudice.  Costs are to be borne by the party incurring same and no execution shall issue.

All relief not previously granted is hereby denied.

**SIGNED this 9th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE